**Steven Prevonce LAMB, Petitioner–Appellant,**

v.

**Harold CLARKE, Respondent–Appellee.**

**No. 15–6464.**

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 18, 2015.

Decided: Aug. 21, 2015.

Steven Prevonce Lamb, Appellant Pro Se.

Before WILKINSON and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Prevonce Lamb appeals the district court's order dismissing this action without prejudice because of the absence of a case or controversy. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Lamb v. Clarke,* No. 1:15–cv–00268–CMH–TCB (E.D.Va. Mar. 20, 2015). We dispense with oral argument because

the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*